

IN THE
TENTH COURT OF APPEALS

No. 10-14-00214-CR

THOMAS GILMORE STEWART,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 40th District Court
Ellis County, Texas
Trial Court No. 39171CR

ORDER

Thomas Gilmore Stewart's "Petition for Panel Review," filed on August 5, 2014,

is denied.

PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Denied
Order issued and filed August 14, 2014